FIRST NATIONAL BANK OF SYRACUSE, Appellant, *v. J. HERSCHEL WETHEY*, Responden

(Submitted September 30, 1879; decided October 7, 1879.)

*W. G. Tracy* for appellant.

*C. R. Berry* for respondent.


AGREE to affirm without opinion.
All concur.
Order affirmed.